1  D. MARTIN NETHERY (SBN: 66978)
   JAMES T. LATTING (SBN: 219978)
2  Roemer Harnik & Nethery LLP
   45-025 Manitou Drive
3  Indian Wells, California 92210
   Phone: (760) 360-2400
4  Fax:    (760) 360-1211

5  Attorneys for Defendant William Boyd Ritner

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 Gary Lee Hensley, Wanda Renault Hensley, Terry )   CASE NO.  2:07-CV-1546 FCD DAD PS
   Lou Hensley and Barry Lyn Hensley, d.b.a.      )
12 Electronic Systems Repair,                     )   ORDER GRANTING DEFENDANT
                                                  )   WILLIAM BOYD RITNER'S REQUEST FOR
13                Plaintiffs,                     )   ADDITIONAL TIME TO ANSWER OR
                                                  )   OTHERWISE RESPOND
14       v.                                       )
                                                  )
15 UNITED STATES DISTRICT COURT EASTERN           )
   DISTRICT OF CALIFORNIA (Kimberly J. Mueller    )
16 as a U.S. District Judge); VENTURA COUNTY      )
   SUPERIOR COURT and Michael D. Planet as the    )
17 Executive Officer and Clerk; LOS ANGELES       )
   COUNTY SUPERIOR COURT and John Clarke as       )
18 the Executive Officer and Clerk; William Boyd  )
   Ritner in his representative capacity as the   )
19 current/discharged administrator of the Estate Cary )
   Lewis Hensley; Randolph Winston Coleman and    )
20 Clinton Davis as individuals; and all persons  )
   unknown, claiming any legal or equitable right, title, )
21 estate, lien or interest in the properties described in )
   the complaint adverse to plaintiffs' title thereto, )
22 named as Does 1 through 10 inclusive,          )
                                                  )
23                Defendants.                     )
                                                  )
24 ─────────────────────────────────────────────

25 / / /

26 / / /

27 / / /

28 / / /

-1-
Order Granting Defendant William Boyd Ritner's Request for Additional Time to Answer or Otherwise Respond
Hensley v. United States et al.
2:07-CV-1546 FCD DAD

1  THE DEFENDANT WILLIAM BOYD RITNER's Ex Parte Application for additional time within which to answer or otherwise respond to the complaint and the supporting papers were filed on August 24, 2007. The Court finds it unnecessary to conduct a hearing on this matter.

After considering the moving and supporting papers, and the arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED that defendant WILLIAM BOYD RITNER'S ex parte application is GRANTED and defendant WILLIAM BOYD RITNER is hereby given an additional 30 days in which to answer or otherwise respond to the complaint.

DATED: September 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/hensley1546.eot

-2-
Order Granting Defendant William Boyd Ritner's Request for Additional Time to Answer or Otherwise Respond
Hensley v. United States et al.
2:07-CV-1546 FCD DAD