IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY LEE HENSLEY, et al.<br><br>         Plaintiffs,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA (Kimberly J. Mueller as U.S. District Judge [sic]), et al.,<br><br>         Defendants. | Case No. 2:07-CV-1546-FCD-DAD PS<br><br>ORDER PERMITTING UNITED STATES OF AMERICA TO APPEAR AS *AMICUS CURIAE* REGARDING JUDICIAL IMMUNITY ISSUE; AND EXTENDING TIME FOR DEFENDANT MAGISTRATE JUDGE KIMBERLY J. MUELLER TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT UNTIL FURTHER ORDER OF THE COURT |

      Upon consideration of the *ex parte* application of the United States of America for an order 1) permitting the United States to appear as *amicus curiae*; and 2) extending the time for defendant United States Magistrate Judge Kimberly J. Mueller to answer, move, or otherwise respond to the complaint until further order of Court, the memorandum of points and authorities in support thereof, and the files and records in this case, and for good cause shown,

      IT IS HEREBY ORDERED that:

      1. The November 1, 2007 application of the United States of America for leave to appear as *amicus curiae* in this action and for an extension of time for defendant Magistrate Judge Mueller to respond to plaintiffs' complaint is granted;

      2. The time for defendant Magistrate Judge Mueller to answer, move, or otherwise respond to plaintiffs' complaint is stayed until further order of Court;

/////

 3. The Clerk of the Court shall file the 39-page memorandum of law and accompanying exhibits submitted by *amicus curiae* United States of America as Exhibit B to its *ex parte* application and shall serve a paper copy of the filed document on the plaintiffs with this order; and

 4. Plaintiffs are granted ten court days from the date of this order to file a response to the memorandum of law served with this order. Plaintiffs are cautioned that any response to the memorandum must be received for filing by the Clerk of this Court on or before the specified deadline; a response received for filing after that date will not be considered by the court.

DATED: November 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\hensley1546.amicus.ord